IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**NATIONWIDE MUTUAL INSURANCE CO., et al.**          **PLAINTIFFS**

**V.**            **Case No. 5:20-cv-05014-TLB**

**OZARK MOUNTAIN POULTRY, INC., et al.**          **DEFENDANTS**

## JOINT STATUS REPORT

Plaintiff Nationwide Mutual Insurance Company ("Nationwide"), Plaintiff Great American Insurance Company ("Great American"), and Defendants Ozark Mountain Poultry, Inc. and OMP Farms, LLC (collectively, "OMP") state as follows for their Joint Status Report

1.    Pursuant to the Court's order entered on January 7, 2021, the parties submit the following status report for the third quarter.

2.    The related appeal in *Fieldale Farms Corp. et al. v. SOMMA Food Grp., LLC et al.*, Court of Appeals for the Fifth District of Texas at Dallas, Case No. 05-20-00191-CV ("Texas appeal") is still pending.  Briefing concluded on the appeal in February.  The parties requested oral arguments in the appeal but no date has been set as of the time of this filing.

3.    There has been no other activity towards resolution.

[signature block on following page]

1

Respectfully submitted,

By:    *David Donovan*
      David M. Donovan (81184)
      Staci Dumas Carson (2003158)
      **WATTS, DONOVAN, TILLEY & CARSON, P.A**.
      2120 Riverfront Drive, Suite 275
      Little Rock, AR 72202

      **Wright, Lindsey & Jennings LLP**
      200 West Capitol Avenue, Suite 2300
      Little Rock, Arkansas 72201-3699
      Regina A. Young, Ark. Bar No. 96161
      ryoung@wlj.com
      Gary D. Marts, Jr., Ark. Bar No. 2004116
      gmarts@wlj.com

      *Attorneys for Nationwide Mutual Insurance Company*


By:    *Kevin L. Sewell*
      Kevin L. Sewell (pro hac vice)
      Tex. Bar No. 00789619
      sewell@mdjwlaw.com
      **Martin, Disiere, Jefferson & Wisdom, LLP**
      Tollway Plaza One
      16000 N. Dallas Parkway, Suite 800
      Dallas, Texas 75248

      **Davis, Butt, Taylor & Clark, PLC**
      75 N. East Street, Suite 402
      Fayetteville, AR 72701
      Phone: (479) 521-7600
      Fax: (479) 521-7661
      Don A. Taylor, Ark. Bar No. 89139
      dtaylor@dbtcfirm.com


      *Attorneys for Great American Insurance Company*

      -And-

      **Rose Law Firm**
      A Professional Association

Attorneys at Law

120 East Fourth Street
Little Rock, Arkansas 72201-2893
Phone: (501) 375-9131
Fax: (501) 375-1309

By: *Betsy Baker*
    Byron J. Walker, Ark. Bar No. 2002114
    Betsy Baker, Ark. Bar No. 2010128

*Attorneys for Ozark Mountain Poultry, Inc.
and OMP Farms, LLC*