IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**NATIONWIDE MUTUAL INSURANCE CO., et al.**              **PLAINTIFFS**

V.                           Case No. 5:20-cv-05014-TLB

**OZARK MOUNTAIN POULTRY, INC., et al.**                 **DEFENDANTS**

## JOINT STATUS REPORT

Plaintiff Nationwide Mutual Insurance Company ("Nationwide"), Plaintiff Great American Insurance Company ("Great American"), and Defendants Ozark Mountain Poultry, Inc. and OMP Farms, LLC (collectively, "OMP") state as follows for their Joint Status Report

1.      Pursuant to the Court's order entered on January 7, 2021, the parties submit the following status report for the fourth quarter.

2.      The related appeal in *Fieldale Farms Corp. et al. v. SOMMA Food Grp., LLC et al.*, Court of Appeals for the Fifth District of Texas at Dallas, Case No. 05-20-00191-CV ("Texas appeal") is still pending but new developments have stalled the progress of same. The Court previously set oral arguments for December 8, 2021. However, after the oral arguments were set, the parties involved in the underlying appeal, including Defendants, learned that the co-founders of SOMMA, the plaintiff that obtained a judgment against OMP and others in the underlying matter, have been under criminal indictment.

3.      As the Court may recall, the related state court case, from which a judgment was entered that is the basis for the current lawsuit, arose from the sale of chicken from OMP that ultimately made it to SOMMA, which distributed it the NYC public schools for children to

consume. SOMMA sued OMP, House of Raeford Farms, Inc. and Fieldale Farms ("State Court Defendants" collectively) alleging that SOMMA incurred damages from its loss of contracts with the NYC Public School after bones were found in chicken tenders provided to the children.

4. On or around September 29, 2021, the United States Attorneys' Office for the Eastern District of New York issued a press release announcing that three of the co-founders of SOMMA had been indicted in a Brooklyn Federal court for various charges related to bribery of NYC school officials in order to obtain the contracts at issue to sell chicken and other products to the schools. See Exhibit A- Press Release from the US Attorney's Office.

5. In connection with the indictments, an FBI officer filed an affidavit in which she cited excerpts from numerous emails between the SOMMA co-founders and others relating to the conspiracy and bribery. See Exhibit B- Affidavit. OMP and its co-Defendants in the related state court litigation contend that they were not provided this information during discovery in the state court litigation.

6. Upon learning of the indictments and unproduced emails, the State Court Defendants filed a joint bill of review with the state court against SOMMA based on the information obtained in the criminal indictment of the co-founders.

7. The bill of review asks the state court to vacate the final judgment entered due to, among other arguments, the failure to produce information about the criminal actions which the State Court Defendants could have used to attack SOMMA's witnesses and the theory on damages (including the argument that the contract was a result of illegal actions and therefore, not enforceable or the basis for recovering damages).

8. Immediately upon filing the bill of review, the State Court Defendants filed a motion to stay the pending appeal with the Court of Appeals for the Fifth District of Texas. The State Court Defendants cited the pending bill of review as the basis for their request for relief.

9. On November 30, 2021, the Court of Appeals cancelled oral argument and ordered that the appeal be removed from the docket for 120 days or until a motion to reinstate or dismiss the appeal is filed. See Exhibit C.

10. SOMMA's answer to the bill of review is due January 14, 2022. It is unclear how soon the state court will hold a hearing and issue a decision on the bill of review.

11. If the bill of review is granted, it will moot this lawsuit. If it is denied, upon information and belief, the related appeal will not be resolved by the deadline that this Court has set to reinstate this matter on its docket.

12. The parties intend to confer to determine the best course of action moving forward and will advise the Court as soon as possible after the resolution of the bill of review.

[signature block on following page]

Respectfully submitted,

By: _*David Donovan*_____
David M. Donovan (81184)
Staci Dumas Carson (2003158)
**WATTS, DONOVAN, TILLEY & CARSON, P.A**.
2120 Riverfront Drive, Suite 275
Little Rock, AR 72202

**Wright, Lindsey & Jennings LLP**
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
Regina A. Young, Ark. Bar No. 96161
ryoung@wlj.com
Gary D. Marts, Jr., Ark. Bar No. 2004116
gmarts@wlj.com

*Attorneys for Nationwide Mutual Insurance Company*


By: _*Kevin L. Sewell*_____
Kevin L. Sewell (pro hac vice)
Tex. Bar No. 00789619
sewell@mdjwlaw.com
**Martin, Disiere, Jefferson & Wisdom, LLP**
Tollway Plaza One
16000 N. Dallas Parkway, Suite 800
Dallas, Texas 75248

**Davis, Butt, Taylor & Clark, PLC**
75 N. East Street, Suite 402
Fayetteville, AR 72701
Phone: (479) 521-7600
Fax: (479) 521-7661
Don A. Taylor, Ark. Bar No. 89139
dtaylor@dbtcfirm.com


*Attorneys for Great American Insurance Company*

-And-

**Rose Law Firm**
A Professional Association

4

        Attorneys at Law

        120 East Fourth Street
        Little Rock, Arkansas 72201-2893
        Phone: (501) 375-9131
        Fax: (501) 375-1309

By:    *Betsy Baker*
        Byron J. Walker, Ark. Bar No. 2002114
        Betsy Baker, Ark. Bar No. 2010128

        *Attorneys for Ozark Mountain Poultry, Inc.*
        *and OMP Farms, LLC*