IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**NATIONWIDE MUTUAL INSURANCE CO., et al.**                                **PLAINTIFFS**

V.                                Case No. 5:20-cv-05014-TLB

**OZARK MOUNTAIN POULTRY, INC., et al.**                                **DEFENDANTS**

**JOINT STATUS REPORT**

Plaintiff Nationwide Mutual Insurance Company ("Nationwide"), Plaintiff Great American Insurance Company ("Great American"), and Defendants Ozark Mountain Poultry, Inc. and OMP Farms, LLC (collectively, "OMP") state as follows for their Joint Status Report

1.   Pursuant to the Court's orders entered on January 7, 2021 and June 9, 2022, the parties submit the following status report for the third quarter.

2.   The related appeal in *Fieldale Farms Corp. et al. v. SOMMA Food Grp., LLC et al.*, Court of Appeals for the Fifth District of Texas at Dallas, Case No. 05-20-00191-CV ("Texas appeal") is still pending but, as set forth in the prior status update, continues to be at standstill due to Bill of Review filed in the Texas state litigation.  The Texas Court of Appeals previously stayed oral arguments for 120 days due to the filing of a Bill of Review[1] in the state court ligation upon learning SOMMA's co-founders had been criminally indicted for various charges related to bribery of NYC school officials in order to obtain the contracts at issue to sell chicken and other products to the schools.  On September 22, 2022, House of Raeford, one of the State Court

---

[1] A bill of review is an equitable proceeding that is designed to prevent manifest injustice and seeks to set aside a prior judgment because a party demonstrates a "lost meritorious opportunity" to avoid the judgment.

Defendants, filed a Second Motion to Continue Abatement of Appeal for another 180 days. As of the time of filing, that motion had not yet been ruled on.

3. The Bill of Review matter has progressed albeit slowly. As set forth in the prior status reports, the State Court Defendants' joint Bill of Review asks the Texas trial court to vacate the final judgment entered due to, among other arguments, SOMMA's failure to produce information about the criminal actions which the State Court Defendants could have used to attack SOMMA's witnesses and its theory on damages (including the argument that the contract was a result of illegal actions and therefore, not enforceable or the basis for recovering damages). The State Court Defendants have also filed a separate Motion to Set Aside Underlying Judgment.

4. The Bill of Review is set to be heard at a non-jury trial on November 15, 2022. The parties in the state court litigation are currently engaging in discovery regarding matters underlying the bill of review. However, the SOMMA co-founders are seeking to delay discovery until October of 2023 on grounds of the Fifth Amendment privilege against self-incrimination. This dispute has not yet been resolved by the State Court.

5. Accordingly, it continues to be uncertain as to when the Bill of Review or the Appeal will be resolved for the underlying judgment.

[signature block on following page]

Respectfully submitted,

By:    *David Donovan*
     David M. Donovan (81184)
     Staci Dumas Carson (2003158)
     **WATTS, DONOVAN, TILLEY & CARSON, P.A**.
     2120 Riverfront Drive, Suite 275
     Little Rock, AR 72202

     **Wright, Lindsey & Jennings LLP**
     200 West Capitol Avenue, Suite 2300
     Little Rock, Arkansas 72201-3699
     Regina A. Young, Ark. Bar No. 96161
     ryoung@wlj.com
     Gary D. Marts, Jr., Ark. Bar No. 2004116
     gmarts@wlj.com

     *Attorneys for Nationwide Mutual Insurance Company*

By:    *Kevin L. Sewell*
     Kevin L. Sewell (pro hac vice)
     Tex. Bar No. 00789619
     sewell@mdjwlaw.com
     **Martin, Disiere, Jefferson & Wisdom, LLP**
     Tollway Plaza One
     16000 N. Dallas Parkway, Suite 800
     Dallas, Texas 75248

     **Davis, Butt, Taylor & Clark, PLC**
     75 N. East Street, Suite 402
     Fayetteville, AR 72701
     Phone: (479) 521-7600
     Fax: (479) 521-7661
     Don A. Taylor, Ark. Bar No. 89139
     dtaylor@dbtcfirm.com

     *Attorneys for Great American Insurance Company*

     -And-

     **Rose Law Firm**
     A Professional Association

Attorneys at Law

120 East Fourth Street
Little Rock, Arkansas 72201-2893
Phone: (501) 375-9131
Fax: (501) 375-1309

By:     _*Betsy Baker*_____
       Byron J. Walker, Ark. Bar No. 2002114
       Betsy Baker, Ark. Bar No. 2010128

*Attorneys for Ozark Mountain Poultry, Inc.
and OMP Farms, LLC*

4