IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**NATIONWIDE MUTUAL INSURANCE CO., et al.**                               **PLAINTIFFS**

V.                                    **CASE NO. 5:20-CV-05014**

**OZARK MOUNTAIN POULTRY, INC., et al.**                                 **DEFENDANTS**

### ORDER OF DISMISSAL

Before the Court is the parties' Joint Motion to Reopen Case and Lift Stay for Purposes of Dismissing this Action with Prejudice (Doc. 136). The Motion is **GRANTED**.

**IT IS THEREFORE ORDERED** that the case is reopened and the stay lifted for the sole purpose of dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that all claims and causes action asserted or which could have been asserted by, between or among the parties in this action are **DISMISSED WITH PREJUDICE**. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED** on this 2nd day of April, 2025.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE